# Compensation Worksheet

**Case Number: 18-80994**
**Debtor: Wyatt, Christopher L.**

## Computation of Compensation

Total compensable disbursements are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  | $22,970.28 |
|---|---|---|---|---|
|  | Receipts | $22,970.28 | 25% of first 5,000 | $1,250.00 |
| Less |  | $5,000.00 | ($1250.00 Max) |  |
|  | Balance | $17,970.28 | 10% of next 45,000 | $1,797.03 |
| Less |  | $45,000.00 | ($4500.00 Max) |  |
|  | Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less |  | $950,000.00 | ($47,500.00 Max) |  |
|  | Balance | $0.00 | 3% of balance | $0.00 |

Total Compensation Calculated: $3,047.03

Less Previously Paid Compensation:

**Total Compensation Requested:** $3,047.03

Signed   /s/Tazewell Shepard      Trustee:   Tazewell Shepard
303 Williams Avenue, Suite 1411
Huntsville, AL  35801

# Trustee Expenses

**Case Number: 18-80994**
**Debtor: Wyatt, Christopher L.**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 04/27/2022 | Photocopies: Copies<br>  Projected copy expense for mailing Trustee's Notice of Final Report | 245.000000 | Page(s) | $0.25 | $61.25 |
| | | 245.000000 | | | $61.25 |
| 04/27/2022 | Postage: Postage<br>  Projected postage expense for mailing Trustee's Notice of Final Report | 38.000000 | Unit(s) | $0.70 | $26.60 |
| 04/27/2022 | Postage: Postage<br>  Projected mailing expense for sending claimant checks | 13.000000 | Unit(s) | $0.50 | $6.50 |
| | | 51.000000 | | | $33.10 |
| | **Total Expenses** | | | | **$94.35** |

**Expense Recap**

| | | |
|---|---|---|
| | Photocopies | $61.25 |
| | Postage | $33.10 |
| **Total Expenses** | | **$94.35** |

**Total Expenses:** $94.35

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $94.35

Signed  /s/ Tazewell Shepard          Trustee:  TAZEWELL T. SHEPARD, TRUSTEE
                                                303 Williams Avenue
                                                Suite 1411
                                                Huntsville, AL 35801